UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NICHOLAS DI VETTIMO,

    Plaintiff,

  vs.

FRANK BISIGNANO
Commissioner of Social Security,

    Defendant.

Case No. 2:25-cv-11697-MWC-ACCV

JUDGMENT OF REMAND (DKT. 20)

JS-6

    The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: May 26, 2026

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

JUDGMENT OF REMAND         Page 1